Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES CIACIUCH, a Washington resident,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. a New York corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 08-5432 JRC<br><br>STIPULATED ORDER OF DISMISSAL |

Plaintiff James Ciaciuch, by and through his attorneys Platt Irwin Law Firm and Gary Richard Colley, and defendant American Express Travel Relates Services Company, Inc., by and through its attorneys Miller Nash LLP and Adam G. Hughes, stipulate to the entry of the subjoined order dismissing all plaintiff's claims against defendant without the award of fees or costs.

DATED this 18th day of November, 2009.

| PLATT IRWIN LAW FIRM | MILLER NASH LLP |
|---|---|
| */s/ Gary Richard Colley*<br>Gary Richard Colley, WSBA # 721<br>403 S Peabody St<br>Port Angeles, WA 98362-3210 | */s/ Adam G. Hughes*<br>Adam G. Hughes, WSBA # 34438<br>4400 Two Union Square, 601 Union Street<br>Seattle, WA 98101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATED ORDER OF DISMISSAL - 1
(Case No. C 08-5432 JRC)

# **O R D E R**

Based on the parties' stipulation as described above, it is hereby ORDERED, ADJUDGED, AND DECREED that:

The plaintiff's claims against the above named defendants are hereby dismissed with prejudice without the award of any fees or costs.

DATED this 19th day of November, 2009.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

**Presented By**:

MILLER NASH, LLP

*/s/ Adam G. Hughes*
Adam G. Hughes, WSBA # 34438
4400 Two Union Square, 601 Union Street
Seattle, WA 98101
Attorneys for Defendant

**Approved as to Form;
Notice of Presentation Waived:**

PLATT IRWIN LAW FIRM

*/s/ Gary Richard Colley*
Gary Richard Colley, WSBA # 721
403 S Peabody St
Port Angeles, WA 98362-3210
Attorneys for Plaintiff